No. 10-5794. Danny O. Daniels, Petitioner v. District Court of Colorado, Arapahoe County, et al.

562 U.S. 967, 131 S. Ct. 467, 178 L. Ed. 2d 297, 2010 U.S. LEXIS 7991.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 376 Fed. Appx. 851.